IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD MARSHALL, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14–CV–3438 |
| | § | |
| BOBBY LUMPKIN, | § | |
| Respondent. | § | |

**MOTION REQUESTING TEMPORARY SUSPENSION OF BRIEFING SCHEDULE**

On August 20, 2020, Mr. Marshall filed a pro se Motion for Appointment of New Counsel Because of a Conflict of Interest. Doc. 102. In the Motion, Mr. Marshall requested that this Court remove his current attorneys, the Federal Public Defender's Office for the Northern District of Texas and Nicole DeBorde. Pursuant to this Court's order, Doc. 103, undersigned counsel filed an *ex parte* sealed response to Mr. Marshall's motion. Doc. 105. Subsequently, this Court entered a sealed order. Doc. 106.

Currently, Mr. Marshall has a reply brief due on October 27, 2020. Doc. 101. However, in light of this Court's sealed order, undersigned counsel requests that this Court temporarily suspend the briefing schedule in this case. Undersigned counsel will, of course, fully comply with this Court's directive in the sealed order and will do so immediately after those stated conditions are met. All necessary procedures have been complied with, but remain pending.

Due to these matters currently being *ex parte* and/or under seal by order of this Court, the undersigned has not conferenced this motion with counsel for the Director, as adequately doing so would require discussion of those sealed matters.

## CONCLUSION

For the foregoing reasons, undersigned counsel respectfully requests that this Court temporarily suspend the briefing schedule in this case.

Respectfully Submitted,

NICOLE DEBORDE
Federal ID No. 16839
TBA No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone: (713) 526-6300
Facsimile: (713) 808-9444
nicole@HoustonCriminalDefense.com

*/s/ Jeremy Schepers*

JEREMY SCHEPERS
TBA No. 24084578
Supervisor, Capital Habeas Unit

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Suite 629
Dallas, Texas 75202
jeremy_schepers@fd.org

## CERTIFICATE OF CONFERENCE

I hereby certify that I have not conferenced this motion with counsel for the Director, as adequately doing so would require discussing matters that are filed *ex parte* and/or under seal.

*/s/ Jeremy Schepers*
Jeremy Schepers

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by CM/ECF upon counsel for Respondent on October 19, 2020:

Rachel L. Patton
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711
rachel.patton@oag.texas.gov

*/s/ Jeremy Schepers*
Jeremy Schepers